**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-6596**

———————

CHARLES EVERETTE HINTON,

             Plaintiff – Appellant,

      v.

ANDREW MURRAY; CHRISTIAN HOEL; WILLIAM ROBERT BELL; JOHN
DOE, Judicial Official for North Carolina and Mediator for
State of North Carolina; FNU PROCTOR, Magistrate; FNU DIGGS,
Magistrate; JOHN DOE, District Court Judge on File Number
11-cr-216164,

             Defendants – Appellees.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Robert J. Conrad,
Jr., Chief District Judge.  (3:11-cv-00198-RJC)

———————

Submitted:  July 28, 2011          Decided:  August 2, 2011

———————

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles Everette Hinton, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Everette Hinton appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hinton v. Murray, No. 3:11-cv-00198-RJC (W.D.N.C. Apr. 27, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED